In the Matter of REVORG REALTY COMPANY, INC., Appellant, *v.* WILLIAM E. WALSH et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

(Argued May 1, 1929; decided May 28, 1929.)

*Charles S. Aronstam* and *Nathan Walker* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Willard S. Allen* and *Benjamin Millstein* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.